■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANCISCO CAMACHO, Appellant. [802 NYS2d 165]—

Judgment, Supreme Court, Bronx County (Patricia Anne Williams, J.), rendered April 23, 2002, convicting defendant, after a jury trial, of attempted assault in the first degree, assault in the second degree and criminal possession of a weapon in the fourth degree, and sentencing him to concurrent terms of nine years, seven years and one year, respectively, unanimously affirmed.

The verdict was based on legally sufficient evidence (*People v Bleakley*, 69 NY2d 490 [1987]). Defendant's actions, which included procuring the victim's presence at a place where he could be attacked, assisting the principal actor in wrestling the victim to the ground, acting as a lookout as the principal actor administered numerous lacerations to the victim's head and face with a sharp metal object, and repeatedly kicking the victim in the head and upper torso, established his accessorial liability (*see People v Allah*, 71 NY2d 830 [1988]; *People v Peralta*, 1 AD3d 115 [2003], *lv denied* 1 NY3d 600 [2004]; *compare People v Akptotanor*, 158 AD2d 694 [1990], *affd* 76 NY2d 1000 [1990]). The inference that defendant took part in a plan to trap and seriously injure the victim was compelling.

We perceive no basis for reducing the sentence. Concur—Mazzarelli, J.P., Friedman, Marlow and Nardelli, JJ.